IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY HITCHCOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:11-cv-1348-JTN |
| | ) | |
| v. | ) | Judge Neff |
| | ) | |
| **FINANCIAL RECOVERY SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** March 9, 2012

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Beverly Hitchcock** | **Financial Recovery Services, Inc.** |
| | |
|   /s David M. Marco | /s with consent Michael S. Poncin |
| David M. Marco (Atty. No.: IL - 6273315) | Michael S Poncin (Atty. No.: MN - 0296417) |
| LARRY P. SMITH & ASSOCIATES, LTD. | MOSS & BARNETT |
| 205 North Michigan Avenue | 4800 Wells Fargo Center |
| Suite 2940 | 90 South Seventh Street |
| Chicago, IL 60601 | Minneapolis MN 55402 |
| Telephone:  (312) 546-6539 | Telephone:    (612) 877-5000 |

1

Facsimile: (888) 418-1277            Facsimile: (612) 877-5999
E-Mail:    dmarco@smithlaw.us       E-Mail:    poncinm@moss-barnett.com